UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE KLAINS,

       Plaintiff,

                                        Case No. 10-12864

v.

                                        Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **JUDGMENT**

Plaintiff initiated this action to challenge the final decision of the Commissioner of Social Security ("the Commissioner") denying his application for Disability Insurance and Supplemental Security Income Benefits. In an Opinion and Order entered on this date, the Court held that substantial evidence supported the Commissioner's decision to deny benefits.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is granted in favor of the Commissioner and against Plaintiff;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: September 8, 2011                  s/PATRICK J. DUGGAN
                                                               UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
Judith E. Levy, A.U.S.A.